UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIAN LAMAR PONDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-00537 |
| | § | |
| PAUL GERARD WERSANT; | § | **COMPLAINT AND** |
| COURY MATTHEWS JACOCKS; | § | **DEMAND FOR JURY TRIAL** |
| JAMES E. ALBERTELLI, P.A. d/b/a | § | |
| ALBERTELLI LAW; | § | |
| ALBERTELLI & WHITWORTH, P.A. d/b/a | § | |
| ALBERTELLI LAW; | § | |
| JAMES EDWARD ALBERTELLI d/b/a | § | |
| ALBERTELLI LAW and ALBERTELLI & | § | |
| WHITWORTH, P.A.; | § | |
| GREGORY DAVID WHITWORTH d/b/a | § | |
| ALBERTELLI LAW and ALBERTELLI & | § | |
| WHITWORTH, P.A.; | § | |
| | § | |
| Defendants. | § | |

TABLE OF CONTENTS

I.   INTRODUCTION…………………………………………………..…….2

II.  PARTIES……………………………………………………………..……2

III. JURISDICTION………………………………………………………....10

IV.  VENUE……………………………………………………………………..10

V.   COUNT I – DEFAMATION (LIBEL) …………………………………….10

VI.  REQUEST FOR RELIEF………………………………………………….15

VII. DEMAND FOR JURY TRIAL…………………………………………….15

Plaintiff BRIAN LAMAR PONDER ("Plaintiff") as and for his Complaint against

Defendants PAUL GERARD WERSANT, COURY MATTHEWS JACOCKS, JAMES E.

ALBERTELLI, P.A. d/b/a ALBERTELLI LAW, ALBERTELLI & WHITWORTH, P.A. d/b/a

ALBERTELLI LAW, JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and

ALBERTELLI & WHITWORTH, P.A., GREGORY DAVID WHITWORTH d/b/a

ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. ("Defendants") alleges:

1

## I.     INTRODUCTION

1.     This is a diversity jurisdiction civil action against Defendants for the tort of defamation.

## II.     PARTIES

2.     Plaintiff is a natural person.

3.     Plaintiff resides in the State of New Jersey.

4.     Plaintiff is domiciled in the State of New Jersey.

5.     Plaintiff is a citizen of the State of New Jersey.

6.     Defendant PAUL GERARD WERSANT is a natural person.

7.     Defendant PAUL GERARD WERSANT resides in the State of Georgia.

8.     Defendant PAUL GERARD WERSANT is domiciled in the State of Georgia.

9.     Defendant PAUL GERARD WERSANT is a citizen of the State of Georgia.

10.     Defendant PAUL GERARD WERSANT is employed by Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW as a partner attorney.

11.     Defendant PAUL GERARD WERSANT is employed by Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW as a partner attorney.

12.     Defendant PAUL GERARD WERSANT regularly does business in this judicial district through his law firm Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW.

13.     Defendant PAUL GERARD WERSANT regularly does business in this judicial district through his employer Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW.

14.     Defendant PAUL GERARD WERSANT regularly does business in this judicial district through his employer JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A.

15. Defendant PAUL GERARD WERSANT regularly does business in this judicial district through his employer GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A.

16. Defendant PAUL GERARD WERSANT regularly practices law *pro hace vice* in this judicial district.

17. Defendant PAUL GERARD WERSANT is subject to the personal jurisdiction of this Court.

18. Defendant PAUL GERARD WERSANT may be served process at 100 Galleria Parkway, Suite 960, Atlanta, Georgia 30339.

19. Defendant COURY MATTHEWS JACOCKS is a natural person.

20. Defendant COURY MATTHEWS JACOCKS resides in the State of Texas.

21. Defendant COURY MATTHEWS JACOCKS is domiciled in the State of Texas.

22. Defendant COURY MATTHEWS JACOCKS is a citizen of the State of Texas.

23. Defendant COURY MATTHEWS JACOCKS is an attorney licensed to practice law in the State of Texas.

24. Defendant COURY MATTHEWS JACOCKS' Texas Bar Card Number is 24014306.

25. Defendant COURY MATTHEWS JACOCKS' Texas License Date is December 16, 1999.

26. Defendant COURY MATTHEWS JACOCKS' principal practice location is located at 2201 West Royal Lane, Suite 155, Irving, Texas 75063.

27. Defendant COURY MATTHEWS JACOCKS may be served process at 2201 West Royal Lane, Suite 155, Irving, Texas 75063.

28. Defendant COURY MATTHEWS JACOCKS is employed by Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW as an associate attorney.

29. Defendant COURY MATTHEWS JACOCKS is employed by Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. as an associate attorney.

30. Defendant COURY MATTHEWS JACOCKS regularly does business in this judicial district through his employer Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW.

31. Defendant COURY MATTHEWS JACOCKS regularly does business in this judicial district through his employer Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW.

32. Defendant COURY MATTHEWS JACOCKS works under the supervision and direction of Defendant PAUL GERARD WERSANT, who is a partner at Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A.

33. Defendant COURY MATTHEWS JACOCKS is admitted to practice in this Court.

34. Defendant COURY MATTHEWS JACOCKS is subject to the personal jurisdiction of this Court.

35. Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW is a foreign professional corporation that regularly does business in the States of Florida, Georgia, Arkansas, Alabama, North Carolina, South Carolina, Texas and the U.S. Virgin Islands.

36. Defendant ALBERTELLI & WHITWORTH, P.A. d/b/a ALBERTELLI LAW is a professional association that regularly does business in the States of Georgia and Florida.

37. Defendant ALBERTELLI & WHITWORTH, P.A. d/b/a ALBERTELLI LAW is a professional association between Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. and Defendant

GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A.

38. Defendant ALBERTELLI & WHITWORTH, P.A. d/b/a ALBERTELLI LAW is a citizen of the State of Florida and the State of Georgia.

39. Defendant ALBERTELLI & WHITWORTH, P.A. d/b/a ALBERTELLI LAW may be served process at

40. The Texas Taxpayer Number for Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW is 32053147974.

41. The Texas Secretary of State File Number for Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW is 0801930092.

42. Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW was formed in the State of Florida.

43. The principal office or headquarters of Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW is located in the State of Florida at 5404 Cypress Center Drive, Suite 300, Tampa, Florida 33609.

44. Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW is a citizen of the State of Florida.

45. Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW maintains an office in the State of Texas.

46. Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW also does business as JAMES E. ALBERTELLI, P.A., PROFESSIONAL CORPORATIN in the State of Texas.

47. The mailing address of Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW as registered with the Texas Office of the Comptroller is 208 North Laura Street, #900, Jacksonville, Florida 32202-3510.

48. Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW may be served process via its registered agent, Corporation Service Company dba CSC – Lawyers Inco, 211 East 7th Street, Suite 620, Austin, Texas 78701.

49. Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW regularly does business in this judicial district.

50. Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW is subject to the personal jurisdiction of this Court.

51. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is a natural person.

52. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is a natural person.

53. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. resides in the State of Georgia.

54. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. resides in the State of Florida.

55. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is domiciled in the State of Georgia.

56. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is domiciled in the State of Florida.

57. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is a citizen of the State of Georgia.

58. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is a citizen of the State of Florida.

59. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. regularly does business in the State of Texas via Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW.

60. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. regularly does business in the State of Texas via Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW.

61. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. employs Defendant PAUL GERARD WERSANT as a partner attorney.

62. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. employs Defendant PAUL GERARD WERSANT as a partner attorney.

63. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is vicariously liable for the conduct of Defendant PAUL GERARD WERSANT as his employer under the legal doctrine of *respondeat superior*.

64. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is vicariously liable for the conduct of Defendant PAUL GERARD WERSANT as his employer under the legal doctrine of *respondeat superior*.

65. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. employs Defendant COURY MATTHEWS JACOCKS as an associate attorney.

66. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. employs Defendant COURY MATTHEWS JACOCKS as an associate attorney.

67. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is vicariously liable for the conduct of Defendant COURY MATTHEWS JACOCKS as his employer under the legal doctrine of *respondeat superior*.

68. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is vicariously liable for the conduct of Defendant COURY MATTHEWS JACOCKS as his employer under the legal doctrine of *respondeat superior*.

69. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is licensed to practice law in the State of Florida.

70. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is licensed to practice law in the State of Florida.

71. The Florida Bar Number for Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is 50059.

72. The Florida Bar Number for Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is 980854.

73. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. was admitted to practice law in the State of Florida on or about May 5, 1995.

74. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. was admitted to practice law in the State of Florida on or about September 23, 1993.

75. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is a partner at Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A.

76. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is a partner at Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A.

77. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is a shareholder of Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW.

78. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is a shareholder of Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW.

79. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. regularly conducts business in this judicial district through his law firm Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW.

80. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. regularly conducts business in this judicial district through his law firm Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW.

81. Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW is subject to the personal jurisdiction of this Court.

82. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. may be served process at 4391 Lake Forest Drive NE, Atlanta, Georgia 30342-3232.

83. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. may be served process at 5404 Cypress Center Drive, Suite 300, Tampa, Florida 33609-1023.

### III.    JURISDICTION

84. The matter in controversy in this civil action exceeds the sum or value of $75,000, exclusive of interest and costs.

85. This civil action is between citizens of different States.

86. This Court has original jurisdiction over this civil action under 28 U.S.C. § 1332(a)(1).

### IV.    VENUE

87. A substantial part of the events or omissions giving rise to this civil action occurred in this judicial district.

88. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

### V.    COUNT I – DEFMATION (LIBEL)

89. Plaintiff realleges the allegations contained in paragraphs 1 through 87 verbatim herein.

90. On or about February 6, 2017, Defendant PAUL GERARD WERSANT authored and caused to be published, in writing, to at least one third party, the following false statements about Plaintiff that is defamatory upon its face with respect to Plaintiff's professional reputation: "Ponder was disciplined and/or ordered to pay costs in two cases that he litigated in the Northern District of Georgia, both *pro-hac* vice and/or individually[.]"

91. Defendant PAUL GERARD WERSANT authored and published the aforementioned statement in the course and scope of his employment with Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A.

92. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is vicariously liable for the aforementioned statement and conduct of Defendant PAUL GERARD WERSANT.

93. Defendant PAUL GERARD WERSANT made the aforementioned statement in the course and scope of his employment with Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW.

94. Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW is vicariously liable for the aforementioned statement and conduct of Defendant PAUL GERARD WERSANT.

95. Defendant PAUL GERARD WERSANT made the aforementioned statement in the course and scope of his employment with Defendant ALBERTELLI & WHITWORTH, P.A. d/b/a ALBERTELLI LAW.

96. Defendant ALBERTELLI & WHITWORTH, P.A. d/b/a ALBERTELLI LAW is vicariously liable for the aforementioned statement and conduct of Defendant PAUL GERARD WERSANT.

97. Defendant PAUL GERARD WERSANT made the aforementioned statement in the course and scope of his employment with Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A.

98. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is vicariously liable for the conduct of Defendant PAUL GERARD WERSANT.

99. On or about February 6, 2017, Defendant PAUL GERARD WERSANT authored and caused to be published, in writing, to at least one third party, the following false statements about Plaintiff that are defamatory upon their face with respect to Plaintiff's reputation that Plaintiff engaged in the "*unauthorized practice of law in Georgia*[.]"

100. Defendant PAUL GERARD WERSANT authored and publisehd the aforementioned statement in the course and scope of his employment with Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A.

101. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is vicariously liable for the aforementioned statement and conduct of Defendant PAUL GERARD WERSANT.

102. Defendant PAUL GERARD WERSANT authored and publishd the aforementioned statement in the course and scope of his employment with Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW.

103. Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW is vicariously liable for the aforementioned statement and conduct of Defendant PAUL GERARD WERSANT.

104. Defendant PAUL GERARD WERSANT made the aforementioned statement in the course and scope of his employment with Defendant ALBERTELLI & WHITWORTH, P.A. d/b/a ALBERTELLI LAW.

105. Defendant ALBERTELLI & WHITWORTH, P.A. d/b/a ALBERTELLI LAW is vicariously liable for the aforementioned statement and conduct of Defendant PAUL GERARD WERSANT.

106. Defendant PAUL GERARD WERSANT made the aforementioned statement in the course and scope of his employment with Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A.

107. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is vicariously liable for the conduct of Defendant PAUL GERARD WERSANT.

108. On or about February 6, 2017, Defendant COURY MATTHEWS JACOCKS published, in writing, to at least one third party, the following false statements about Plaintiff that are defamatory upon their face with respect to Plaintiff's reputation: "Ponder was disciplined and/or ordered to pay costs in two cases that he litigated in the Northern District of Georgia, both *pro-hac* vice and/or individually[.]"

109. On or about February 6, 2017, Defendant COURY MATTHEWS JACOCKS published, in writing, to at least one third party, the following false statement about Plaintiff that is defamatory upon its face with respect to Plaintiff's reputation: that Plaintiff engaged in the "*unauthorized practice of law in Georgia*[.]"

110. Defendant COURY MATTHEWS JACOCKS made and published the aforementioned statements in the course and scope of his employment with Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A.

111. Defendant JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is vicariously liable for the aforementioned statements and conduct of Defendant COURY MATTHEWS JACOCKS

112. Defendant COURY MATTHEWS JACOCKS made and published the aforementioned statements in the course and scope of his employment with Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A.

113. Defendant JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is vicariously liable for the aforementioned statements and conduct of Defendant COURY MATTHEWS JACOCKS.

114. Defendant COURY MATTHEWS JACOCKS made and published the aforementioned statements in the course and scope of him employment with Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A.

115. Defendant GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. is vicariously liable for the aforementioned statements and conduct of Defendant COURY MATTHEWS JACOCKS.

116. Plaintiff was damaged by the aforementioned false statements about Plaintiff, including, but not limited to, damage to Plaintiff's personal reputation, damage to Plaintiff's professional reputation as an attorney, expending of time and resources to respond to and mitigate against the false statements, emotional distress, and mental anguish thereto.

117. Defendants PAUL GERARD WERSANT and COURY MATTHEWS JACOCKS are liable to Plaintiff for the intentional tort of defamation (libel).

118. Defendants JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW, ALBERTELLI & WHITWORTH, P.A. d/b/a ALBERTELLI LAW, JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A., and GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI &

WHITWORTH, P.A. are vicariously liable to Plaintiff for the intentional tort of defamation (libel).

## VI. REQUEST FOR RELIEF

WHEREFORE, Plaintiff BRIAN LAMAR PONDER requests that this Honorable Court enter judgment against Defendants PAUL GERARD WERSANT, COURY MATTHEWS JACOCKS, JAMES E. ALBERTELLI, P.A. d/b/a ALBERTELLI LAW, ALBERTELLI & WHITWORTH, P.A. d/b/a ALBERTELLI LAW, JAMES EDWARD ALBERTELLI d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A., GREGORY DAVID WHITWORTH d/b/a ALBERTELLI LAW and ALBERTELLI & WHITWORTH, P.A. for:

a. actual damages in an amount to be determined at trial,

b. compensatory damages in an amount to be determined at trial,

c. punitive damages in an amount to be determined at trial, and

d. for any such further and additional relief that this Court deems just and proper.

## VII. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable, pursuant tor Fed. R. Civ. P. 38(b).

Respectfully submitted,

Dated: New York, New York
February 17, 2017

s/ Brian L. Ponder
Brian L. Ponder, Esq.
Attorney-in-Charge
New York Bar #: 5102751
Southern District of Texas Federal ID #: 2489894
BRIAN PONDER LLP
200 Park Avenue, Suite 1700
New York, New York 10166
Phone: (646) 450-9461
Fax: (646) 607-9238
Email: brian@brianponder.com

ATTORNEY FOR PLAINTIFF